IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT SAMHOLT,                  )
                                 )
    Petitioner,                  )
                                 )
v.                               )        1:06CV00407
                                 )
MAUREEN MARSHALL SAMHOLT,        )
                                 )
    Respondent.                  )

<u>ORDER and JUDGMENT</u>

OSTEEN, District Judge

    For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

    IT IS ORDERED AND ADJUDGED that Robert Samholt's Verified Petition for Return of Child (Doc. No. 1) is DENIED.

    This the 26th day of July 2006.

                                     /s/ William L. Osteen
                                        United States District Judge